# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tristan Amos, | No. 23-cv-1282 (KMM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Michael Segal, *Warden*, | |
| Respodnent. | |

Petitioner Tristan Amos filed a petition seeking a writ of habeas corpus, alleging that the United States Bureau of Prisons unlawfully determined that she was ineligible to receive time credits under the First Step Act because she was convicted of a crime under 18 U.S.C. § 924(c). United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on July 5, 2023 recommending that the Petition be denied. The deadline for Petitioner to file objections to the R&R was July 19, 2023, and none have been submitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on a careful review of the record, the Court finds that Judge Brisbois committed no error, clear or otherwise.

Accordingly, the Court enters the following ORDER.

1. The Report and Recommendation [Doc. 5] is ACCEPTED.

2. The Petition [Doc. 1] is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE.

**Let Judgment Be Entered Accordingly.**

Date: **September 27, 2023**　　　　　　　　　　　　　*s/ Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge